

AO 93 (Rev. 12/09) Search and Seizure Warrant

## UNITED STATES DISTRICT COURT
for the
Southern District of California

FILED
SEP 16 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Priority Mail Express with Tracking<br># EK 653352442 US; Addressed to Roger Vrhel, 761<br>Sepia Ct., Oceanside, CA 92057 | Case No.<br><br>**15MJ2767** |

### SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Southern____ District of ____California____
*(identify the person or describe the property to be searched and give its location):*
Attachement A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*
Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ____9/18/15____
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
__Honorable Jan M. Adler__
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30).*
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __9/16/15 @ 3:41 p.m.__

_____
*Judge's signature*

City and state: __San Diego, California__   __Hon. Jan M. Adler, United States Magistrate Judge__
*Printed name and title*



ATTACHMENT A

PARCEL TO BE SEARCHED

The **subject parcel** is a United States Postal Service Priority Mail Express package with USPS tracking number #EK 653352442 US. It weighs approximately 1 pounds 8 ounces. It is addressed to "Roger Vrhel, 761 Sepia Ct., Oceanside, CA 92057" with a return address of "Lisa Cratowski, 13340 Rose, Gibralter, MI 48173." The **subject parcel** was postmarked on August 27, 2015, in Allen Park, MI 48101.

The **subject parcel** is located at the Postal Inspection Service, 815 E Street, San Diego, CA 92101.

1



**ATTACHMENT B**

ITEMS TO BE SEIZED

The following are the items to be seized from the SUBJECT PARCEL, which constitute the fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance):

    a. Any controlled substances, including marijuana;

    b. Currency, money orders, bank checks, or similar monetary instruments in quantities over $100; and

    c. Any documents reflecting ownership or control of the subject parcel or the distribution of controlled substances or its proceeds.

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 15 mJ 2767 | 9-10-15  1:30pm | n/a |

Inventory made in the presence of:
M. Hallisey Postal Inspector / A Sprague Postal Inspector

Inventory of the property taken and name of any person(s) seized:

Box containing a magazine and $6,500.00 in US Currency.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9-11-15

_Executing officer's signature_

Amy Sprague, US Postal Inspector
*Printed name and title*